# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>KIMBERLY ZULKOWSKI,<br><br>         Defendant. | Case No. 20-CR-33-JPS<br><br><br>**ORDER** |

On February 11, 2020 an information was filed against Defendant, charging her with one count of tax evasion in violation of 26 U.S.C. § 7202. (Docket #1). The parties filed a plea agreement indicating that Defendant agreed to plead guilty the offense charged in the information. (Docket #2). Defendant waived her right to prosecution by indictment. (Docket #11).

The parties appeared before Magistrate Judge Nancy Joseph on February 27, 2020 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #7). Defendant entered a plea of guilty as to the charge in the information. *Id*. After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Joseph determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (Docket #9 at 1).

Magistrate Judge Joseph filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be

adjudicated guilty and have a sentence imposed accordingly. *Id.* Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 1–2. To date, no party has filed such an objection. The Court has considered Magistrate Judge Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's Report and Recommendation (Docket #9) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 30th day of March, 2020.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge